1  CENTER FOR DISABILITY ACCESS
   Ray Ballister, Jr., Esq., SBN 111282
2  Amanda Seabock, Esq., SBN 289900
   Dennis Price, Esq., SBN 279082
3  8033 Linda Vista Road, Suite 200
   San Diego, CA 92111
4  (858) 375-7385; (888) 422-5191 fax
   amandas@potterhandy.com
5  Attorneys for Plaintiff SCOTT JOHNSON

6

7               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8

9  SCOTT JOHNSON,                )   Case No.: 3:19-CV-06596-CRB
                                  )
10        Plaintiff,              )
                                  )   **NOTICE OF SETTLEMENT AND**
11    v.                          )   **REQUEST TO VACATE ALL**
                                  )   **CURRENTLY SET DATES**
12  ARTON INVESTMENT, Inc., a California )
    Corporation; ROBERT WALKER;   )
13  JACQUELINE WALKER; and Does 1-10, )
                                  )
14        Defendants.             )
                                  )
15                                )

16      The plaintiff hereby notifies the court that a provisional settlement has been
17  reached in the above-captioned case. The Parties would like to avoid any additional
18  expense while they focus efforts on finalizing the terms of the settlement and reducing it
19  to a writing.
20      The plaintiff, therefore, applies to this Honorable Court to vacate all currently set
21  dates with the expectation that the settlement will be consummated within the coming
22  sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all
23  parties to be filed.

24

25  Dated: September 28, 2021        CENTER FOR DISABILITY ACCESS

26
                                     By:   /s/ Amanda Seabock
27                                         Amanda Seabock
                                           Attorney for Plaintiff
28

Notice of Settlement                 -1-                         3:19-CV-06596-CRB