UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ARTON INVESTMENT, Inc., a California Corporation; ROBERT WALKER; JACQUELINE WALKER; and Does 1-10,<br><br>    Defendants. | Case No.: 3:19-CV-06596-CRB<br><br>**ORDER** |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated:  September 29, 2021            _____
                                                              HONORABLE CHARLES R. BREYER
                                                              United States District Judge