CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendants Arton Investment, Inc.,
Robert Walker, and Jacqueline Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>       Plaintiff,<br><br>    v.<br><br>ARTON INVESTMENT, Inc., a California Corporation; ROBERT WALKER; JACQUELINE WALKER; and Does 1-10,<br><br>       Defendants. | Case: 3:19-CV-06596-CRB<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 20, 2021        CENTER FOR DISABILITY ACCESS

By:     /s/Amanda Seabock
       Amanda Seabock
       Attorneys for Plaintiff

Dated: October 20, 2021        LAW OFFICE OF RICK MORIN, PC

By:     /s/Richard Morin
       Richard Morin
       Attorneys for Defendant
       Arton Investment Inc., Robert Walker
       and Jacqueline Walker

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Arton Investment Inc., Robert Walker and Jacqueline Walker, and that I have obtained Richard Morin authorization to affix his electronic signature to this document.

Dated: October 20, 2021            CENTER FOR DISABILITY ACCESS

                                                        By:   /s/Amanda Seabock
                                                             Amanda Seabock
                                                             Attorneys for Plaintiff